# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

NATIONAL PUBLIC RADIO, *et al.*,

        Plaintiffs,

        v.

FEDERAL EMERGENCY MANAGEMENT
AGENCY, *et al.*,

        Defendants.

Civil Action No. 17-91 (BAH)

Chief Judge Beryl A. Howell

## ORDER

Upon consideration of the defendants Federal Emergency Management Agency and U.S. Department of Homeland Security's Motion for Summary Judgment, ECF No. 8, the plaintiffs National Public Radio, Inc. and Robert Benincasa's Cross-Motion for Summary Judgment, ECF No. 9, the related legal memoranda in support and opposition to these motions, the exhibits and affidavits attached thereto, and the entire record herein, for the reasons set out in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the plaintiffs' Cross-Motion for Summary Judgment is GRANTED; and it is further

**ORDERED** that the defendants' Motion for Summary Judgment is DENIED.

**SO ORDERED.**

*This is a final and appealable order*.

Date: November 21, 2017

 

_____
BERYL A. HOWELL
Chief Judge